# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2971
LT Case No. 2018-CF-00102-A

_____

ROBERT JOHNATHEN
ALEXANDER,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____


3.850 Appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Robert J. Alexander, Wewahitchka, pro se.

No Appearance for Appellee.

January 16, 2024


PER CURIAM.

     AFFIRMED.

WALLIS, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____